# IN THE IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Michelle R. Lents, | ) |
| | ) |
| Plaintiff, | ) Civil Action File No.: |
| | ) 1:24-cv-03845-VMC-RGV |
| v. | ) |
| | ) |
| Equifax Information Services, LLC | ) |
| and Rocket Mortgage, LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC

Plaintiff, Michelle R. Lents, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant, Equifax Information Services, LLC ("Equifax"). Plaintiff and Defendant, Equifax need to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Defendant, Equifax. Accordingly, Plaintiff respectfully submits that this obviates the need for Defendant, Equifax to make any Court required filings prior to dismissal.

Respectfully submitted this 17th day of December, 2024.

**BERRY & ASSOCIATES**

1

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663
matt@mattberry.com
Telephone: (404) 235-3334
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 509
Londonderry, Vermont 05148
Phone 651-208-6441
Fax 404-592-6102
chris.armor@armorlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2024, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Equifax Information Services, LLC, via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Christine Kapur
Equifax Information Services
1550 Peachtree St.
Atlanta GA 30309

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 451328
Atlanta, GA 31145
Phone 470-990-2568
Fax 404-592-6102
chris.armor@armorlaw.com

*Counsel for Plaintiff*