## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Michelle R. Lents, | ) |
|     Plaintiff, | ) Civil Action File No.: |
| | ) 1:24-cv-03845-VMC-RGV |
| v. | ) |
| Rocket Mortgage, LLC, | ) |
|     Defendant. | ) |

## **STIPULATION TO DISMISSAL**

Comes now Plaintiff and Defendant, by and through undersigned counsel, hereby stipulate to a dismissal of this action against Defendant Rocket Mortgage, LLC **with prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Dated: April 3, 2025

| BERRY & ASSOCIATES | SPENCER FANE LLP |
|---|---|
| By:  /s/ *Matthew T. Berry* <br> Matthew T. Berry <br> Georgia Bar No. 055663 <br> 2751 Buford Highway, Suite 600 <br> Atlanta, Georgia 30324 <br> Telephone: 404-235-334 <br> Facsimile: 404-235-3333 | By: /s/ Megan M. Early-Soppa <br> Megan M. Early-Soppa <br> GA Bar No.: 907576 <br> 27 Cleveland Street, Suite 201 (29601) <br> PO Box 294 <br> Greenville, SC 29602 <br> Ph. 864-695-5200 |

| | |
|---|---|
| matt@mattberry.com<br><br>*/s/ Chris Armor*<br>Christopher N. Armor<br>Georgia Bar No. 614061<br>P.O. Box 509<br>Londonderry, Vermont 05148<br>Phone 651-208-6441<br>Fax 404-592-6102<br>chris.armor@armorlaw.com<br><br>*Attorneys for Plaintiff,* | Mearly-soppa@spencerfane.com<br><br>Attorney for Defendant<br>Rocket Mortgage, LLC |

PH 3759209.2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Michelle R. Lents, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:24-cv-03845-VMC-RGV |
| v. ) | |
| ) | |
| Equifax Information Services, LLC ) | |
| and Rocket Mortgage, LLC, ) | |
| ) | |
| Defendants. ) | |

\* \* \* \* \*

## SCHEDULING ORDER

Upon review of the information contained in the Preliminary Report and Discovery Schedule, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the above completed form, except as herein modified:

**IT IS SO ORDERED**, this _____ day of _____, 2024.

_____
**Hon. Russell G. Vineyard**
**Magistrate Judge, United States District Court**

3

PH 3759209.2