IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHELLE R. LENTS,

    Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC, and ROCKET
MORTGAGE, LLC,

    Defendants.

Civil Action No.
1:24-cv-03845-VMC-RGV

**ORDER**

This matter is before the Court on the pending Stipulation of Dismissal (Doc. 19). The Stipulation of Dismissal was filed by Plaintiff Michelle R. Lents on April 3, 2025, and seeks to dismiss this action—with prejudice—as to Defendant Rocket Mortgage, LLC. (*Id.*).

Federal Rule of Civil Procedure 41(a)(1)(A) provides that a plaintiff may voluntarily dismiss a civil action without a court order in two circumstances: (i) by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;" or (ii) by filing "a stipulation of dismissal signed by all parties who have appeared."

The Clerk has not approved the Stipulation of Dismissal because it was not signed by all the parties who have appeared in this case. But because Plaintiff has

put "the substance of [her] position" before the Court, and in the interest of "secur[ing] the just, speedy, and inexpensive determination of every action and proceeding," the Court will construe the Stipulation of Dismissal as a motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2), which the Court will grant. *See Title Max v. Northington (In re Northington)*, 876 F.3d 1302, 1308 (11th Cir. 2017); Fed. R. Civ. P. 1. Accordingly, it is

**ORDERED** that the Stipulation of Dismissal (Doc. 19), **CONSTRUED** as a Motion for Voluntary Dismissal with Prejudice, is **GRANTED**. It is further

**ORDERED** that this civil action is **DISMISSED WITH PREJUDICE**, subject to the right of any of the dismissed Defendants to object to dismissal within 28 days of the date of entry of this Order. Should any of the dismissed Defendants file a timely objection, the Court will set aside this Order and reopen the case. If none of the dismissed Defendants object within that time, this case will stand as dismissed.

The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 9th day of April, 2025.

_____
Victoria Marie Calvert
United States District Judge